UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY HAMPTON,<br>    Plaintiff(s),<br>v.<br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br>    Defendant(s). | Case No.: 2:20-cv-00456-KJD-NJK<br><br>**Order**<br><br>[Docket No. 45] |

Pending before the Court is Plaintiff's motion to receive documents by electronic means. Docket No. 45.[1] Litigants need not file a motion seeking such relief and, instead, need only complete the form for Consent for Electronic Service of Documents. Accordingly, the motion is hereby **DENIED** as unnecessary. The Clerk's Office is **INSTRUCTED** to mail a blank copy of the Consent for Electronic Service of Documents form, along with the accompanying instructions, to Plaintiff.

IT IS SO ORDERED.

Dated: September 22, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Plaintiff is not seeking authorization to file documents electronically through the instant motion. *See id.* at 1.