UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHIRLEY MARIE HAMPTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-00456-KJD-NJK<br><br>ORDER |

　　　Presently before the Court is Plaintiff's Motion to Dismiss (#59) her complaint. Defendants filed Non-opposition (#61) to Plaintiff's motion. Plaintiff had been ordered by the Court to file an amended complaint or face dismissal of her action.

　　　THEREFORE, in accordance with Federal Rule of Civil Procedure 41, Plaintiff's Motion to Dismiss (#59) is **GRANTED**;

　　　IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED without prejudice**.

　　　DATED this 11th day of January 2021.

_____
The Honorable Kent J. Dawson
United States District Judge